In the Matter of the Claim of ROBERT B. STEPNICK, an Infant, by BERNARD J. STEPNICK, His Father and Natural Guardian, et al., Respondents, v. COUNTY OF NIAGARA, Appellant.— Motion for reargument granted and upon reargument order entered May 20, 1966 modified to grant permission to file notice of claim only on the infant's claim and not on the claim of Bernard J. Stepnick, his father. Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.

GERALD KAPLAN, as Guardian ad Litem, et al., Respondents, v. UTICA HILLCREST MANOR CORP., Appellant.— Motion granted and time for filing records and briefs extended to August 1, 1966; but see *Caira* v. *McKenna* (23 A D 2d 325).

JAMES J. MAMMOSER, Appellant, v. JAYVEE COMPANY et al., Respondents.— Motion to dismiss appeal denied. (See CPLR 5513, subd. [a].)